WILLIAM YAW, Respondent, *v.* VALENTINE F. WHITMORE et al., Appellants.

*Yaw* v. *Whitmore*, 46 App. Div. 422, affirmed.
(Argued May 20, 1901; decided June 4, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 3, 1900, sustaining plaintiff's exceptions ordered to be heard in the first instance by the Appellate Division and granting a motion for a new trial.

*Joseph W. Taylor* for appellants.

*George H. Harris* for respondent.

Order affirmed and judgment absolute ordered for plaintiff. on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, LANDON and CULLEN, JJ. Not sitting: WERNER, J.

---

RUSSELL JOHNSON et al., Composing the Firm of JOHNSON BROTHERS, Respondents, *v.* HOWARD T. ALEXANDER et al., Appellants, Impleaded with Others.

*Johnson* v. *Alexander*, 46 App. Div. 6, affirmed.
(Argued May 20, 1901; decided June 4, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made December 8, 1899, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial.

*George S. Coleman* for appellants.

*Carlisle Norwood* for respondents.

Order affirmed and judgment absolute ordered for plaintiffs on the stipulation, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, LANDON, CULLEN and WERNER, JJ.